# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

v.

ERROL MINGOES,

Defendant.

## CRIMINAL COMPLAINT

CASE NUMBER: 10-23/2-GARBER

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 10, 2010, upon the high seas and out of the jurisdiction of any particular State or District, with Miami-Dade County in the Southern District of Florida being the district to which the offender was first brought, the defendant, ERROL MINGOES, an alien, having previously been removed and deported from the United States on or about July 31, 2009, did attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am Special Agent with U.S. Immigration and Customs Enforcement and that this complaint is based on the facts set forth in the attached affidavit.

_____
MICHAEL S. CRABB, SPECIAL AGENT
IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

3-14-10 at MIAMI, FLORIDA
Date    City and State

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer        Signature of Judicial Officer

## AFFIDAVIT

I, Michael Scott Crabb, a Special Agent of the U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, being duly sworn state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been so employed since December 2002. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center. I am presently assigned to the Miami Field Office, Marine Investigations Group, where I am responsible for conducting narcotics and human trafficking investigations involving the use of marine vessels entering South Florida.

2. The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause.

3. On March 10, 2010, at approximately 8:31 pm, the United States Coast Guard ("USCG") identified a 1983 yellow-hulled 30 foot (30') Midnight Express brand watercraft bearing Florida registration FL 5713 EJ ("the vessel") in international waters approximately forty (40) nautical miles east of Bakers Haulover Inlet in Miami Beach, Florida. The vessel is registered to Javier LAGO-Gonzalez of Miami, Florida.

4. The USCG attempted to hail the vessel; however, the operator, later identified by USCG personnel as United States citizen Rafael GARCIA, fled the area and proceeded in a westerly direction toward Miami at a speed of approximately twenty-five (25) to thirty (30) knots.

5. The USCG pursued the vessel until additional USCG marine and air assets interdicted the vessel at approximately 9:25 pm approximately thirteen (13) nautical miles east of Baker Haulover Inlet.

1

6. USCG marine assets boarded the vessel and identified a total of thirteen (13) individuals aboard the vessel, to include the operator GARCIA and United States legal permanent resident (LPR) Javier LAGO-Gonzalez.

7. USCG interviews and biometric analysis were performed and determined that the migrants consisted of nine (9) undocumented Jamaican nationals, one (1) undocumented Bahamian national, and one (1) undocumented Guyanese national. Of these eleven (11) undocumented migrants, nine (9) had previously been deported or removed from the United States.

8. One of those undocumented previously deported migrants was identified as Errol MINGOES, a Jamaican national

9. MINGOES was read <u>Miranda</u> warnings, which he waived in writing, and made a voluntary statement. The following is a summary of the statement made by MINGOES:

    a. He was previously deported in 2008 after serving eighteen (18) months in prison for drug charges.
    b. He traveled from Jamaica on February 26, 2010 to Nassau, Bahamas and on to Bimini, Bahamas.
    c. Later, he was told about a boat going to Freeport, Bahamas.
    d. He paid $1,500 to a Bahamian male for transportation from Bimini to Freeport.

10. According to the biometric results and various federal indices, MINGOES was identified as a previously deported aggravated felon and assigned A-file number A074951706. The databases also revealed the following information:

    a. MINGOES is not a citizen or national of the United States.
    b. MINGOES is a native and citizen of Jamaica.
    c. MINGOES was ordered removed by an Immigration Judge on January 21, 2009.
    d. On or about July 31, 2009, MINGOES was deported from the United States to Jamaica.

2

11. There are no records indicating that MINGOES has applied for or granted permission from the Attorney General or Secretary of Homeland Security to reapply for admission to the United States.

12. WHEREFORE, Based on the foregoing facts, I submit that probable cause exists that on or about March 10, 2010, upon the high seas with Miami-Dade County, in the Southern District of Florida, being the District to which the offender was first brought, Errol MINGOES, an alien and citizen of Jamaica, having been removed and deported from the United States on or about July 31, 2009 thereafter attempted to enter the United States without the Attorney General of the United States or his successor the Secretary for the Department of Homeland Security (Title 6 United States Code 203(3), 202(4) and (557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

**FURTHER AFFIANT SAYETH NAUGHT**

MICHAEL CRABB
SPECIAL AGENT,
UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT

Sworn and subscribed before me this
14th day of March 2010 in
Miami, Florida

BARRY L. GARBER
UNITED STATE MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 10-2312-BLG

**UNITED STATES**

v.

**ERROL MINGOES,**

       **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                    Respectfully submitted,

                    JEFFREY H. SLOMAN
                    UNITED STATES ATTORNEY

BY: _____
      JESSICA R. STYRON
      SPECIAL ASSISTANT UNITED STATES
      ATTORNEY
      Court ID No. A5501322
      99 N.E. 4th Street
      Miami, Florida 33131
      Ph:  (305) 961-9279
      Fax: (305) 536-7976
      Email: jessica.r.styron@usdoj.gov